UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
BRYAN VELAZQUEZ,                                             :
:
                Plaintiff,           :
:       22-CV-4121 (VSB)
        -against-                                     :
:          **ORDER**
CORPORATE SHIRTS DIRECT, INC.,                               :
:
                Defendant.          :
------------------------------------------------------------:
X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

       ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within sixty (60) days.

SO ORDERED.

Dated: August 10, 2022
       New York, New York

                                                                   Vernon S. Broderick
                                                                 United States District Judge